IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE MARQUEZ,

    Plaintiff,

v.                                          No. 1:24-cv-00423-KG-JMR

AMBER BAKER-CHAVEZ, *et al.*,

    Defendants.

## ORDER OVERRULING OBJECTION

*Pro se* Plaintiff's original Complaint was 113 pages. *See* Doc. 1, filed May 2, 2025. United States Magistrate Judge Jennifer M. Rozzoni ordered Plaintiff to file an amended complaint. *See* Order to Show Cause, Doc. 5, filed May 14, 2024.

Plaintiff filed a 117-page Amended Complaint. *See* Doc. 7, filed June 4, 2024. Judge Rozzoni ordered Plaintiff to file a second amended complaint not exceeding 50 pages. *See* Doc. 9, filed June 17, 2024. Judge Rozzoni subsequently granted Plaintiff's motion to amend her Second Amended Complaint and ordered Plaintiff to file a third amended complaint not exceeding 50 pages. *See* Doc. 100, filed December 20, 2024. Plaintiff ultimately filed her Fifth Amended Complaint, pursuant to the undersigned's Order, which is 51 pages in length and is the operative complaint in this case. *See* Fifth Amended Complaint, Doc. 110, filed January 31, 2025; Order, Doc. 107, filed January 13, 2025.

Plaintiff objects to Judge Rozzoni's May 14, 2024, Order to Show Cause. *See* Notice of Objection to Judge Rozzoni's Order, Doc. 117 filed February 26, 2025 ("Objection"). Plaintiff states:

> The Court's order requiring the Plaintiff to submit an Amended Complaint limited to fifty (50) pages . . . infringes upon the Plaintiff's right to due process . . . The

> Plaintiff case involves complex legal and factual issues that necessitate a comprehensive presentation. The imposition of a page limitation significantly hampers the Plaintiff's ability to adequately present her claims, particularly in light of the inclusion of twenty-five (25) defendants.

Objection at 1. Judge Rozzoni's May 14, 2025, Order does not contain a 50-page limit for the amended complaint. It appears Plaintiff is objecting to Judge Rozzoni's June 17, 2024, Order, or Judge Rozzoni's December 20, 2024, Order, or both.

The Court overrules Plaintiff's Objection to Judge Rozzoni's Orders limiting her amended complaints to 50 pages. A party may file objections to a Magistrate Judge's order on pretrial matters not dispositive of a party's claim within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(a). Plaintiff's Objection, filed February 26, 2025, to Judge Rozzoni's Orders, filed May 14, June 17 and December 20, 2024, is untimely.

**IT IS ORDERED** that Plaintiff's Notice of Objection to Judge Rozzoni's Order, Doc. 117 filed February 26, 2025, is **OVERRULED.**

/s/ KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.